DOYLE DETECTIVE BUREAU, Respondent, *v.* PRECISION FABRICATORS, INC., Appellant.

Argued October 18, 1946; decided November 21, 1946.

*Meyer Fix* for appellant.
*Francis A. O'Brien* for respondent.

Judgment affirmed, with costs. No opinion.

Concur: LOUGHRAN, Ch. J., LEWIS, CONWAY, DESMOND, THACHER, DYE and FULD, JJ.